(February 11, 1971)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CAROL " S "*, Appellant.—

Herlihy, P. J., Reynolds, Staley, Jr., Cooke and Sweeney, JJ., concur.